**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JUSTIN ANDREW MEDINA,

                Plaintiff,                           7:23 **CIVIL** 3162 (VR)

        -v-                                              <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 6, 2023, that the final decision of the Commissioner be reversed, and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including that Plaintiff will be offered a new hearing. The parties also consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:**  New York, New York

       December 6, 2023

                                                               **RUBY J. KRAJICK**
                                                                 Clerk of Court

                                    **BY:**  _____
                                                                **Deputy Clerk**